## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

CareFirst of Maryland, Inc.

           **Plaintiff(s)**

                           VS.                   Case No: 1:26-cv-02391-ABA

Avraham Rappaport, et al

           **Defendant(s)**

### AFFIDAVIT OF SERVICE

I, Jeff Levy, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint in the above entitled case.

That on 6/24/2026 at 8:10 AM, I served Eliezer Rappaport at 6512 Edenvale Road, Baltimore, Maryland 21209 with the Summons, Civil Cover Sheet, and Complaint by serving Alyssa Rappaport, wife of Eliezer Rappaport, a person of suitable age and discretion, who stated that he/she resides therein with Eliezer Rappaport.

Alyssa Rappaport is described herein as:

Gender:  Female    Ethnicity:  Caucasian    Age:  40    Weight:  165    Height:  5'5"    Hair:  Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>06/24/2026</u>

Jeff Levy

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050
Client Ref Number:
Job #:16196509

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | | |
|---|---|---|
| CareFirst of Maryland, Inc. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.    26-cv-02391-ABA |
| Avraham Rappaport, Eliezer Rappaport and John Does 1-20 | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eliezer Rappaport
6512 Edenvale Rd
Baltimore, MD 21209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert B. Gilmore
William D. Sinnott
STEIN MITCHELL BEATO & MISSNER LLP
2000 K Street NW
Suite 600
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    6/16/2026

_____
*Signature of Clerk or Deputy Clerk*