AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| CareFirst of Maryland, Inc. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   26-cv-02391-ABA |
| Avraham Rappaport, Eliezer Rappaport and John Does 1-20 | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Avraham Rappaport
18681 Queen Elizabeth Dr
Brookeville, MD 20822

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert B. Gilmore
William D. Sinnott
STEIN MITCHELL BEATO & MISSNER LLP
2000 K Street NW
Suite 600
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/16/2026
_____                    _____
*Signature of Clerk or Deputy Clerk*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**CareFirst of Maryland, Inc.**
                    *Plaintiff*

                                                    *vs.*                          Case No: 1:26-cv-02391-ABA

**Avraham Rappaport, et al.**
                    *Defendant(s)*

### DECLARATION OF SERVICE

I, Jason Parker, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/24/2026 at 5:45 PM, I served Avraham Rappaport at 18681 Queen Elizabeth Drive, Brookeville, Maryland 20833 with the Summons, Civil Cover Sheet, and Complaint by serving Jonas Rappaport, son of Avraham Rappaport, a person of suitable age and discretion, who stated that he/she resides therein with Avraham Rappaport.

Jonas Rappaport is described herein as:

Gender:  Male      Ethnicity:  Caucasian        Age:  23      Weight:  140        Height:  5'6"        Hair:  Red

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _06/26/2026_

*Jason Parker*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:16194324*