**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **CAREFIREST OF MARYLAND** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 1:26-cv-2391 |
| | ) | |
| **AVRAHAM RAPPAPORT,** *et al* | ) | |
| | ) | |
| *Defendants.* | ) | |
| _____ | ) | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Matthew A.S. Esworthy, Dustin L.B. Koller, and the firm Esworthy, Stevens & Garner as counsel for Defendant Eliezer Rappaport.

I certify that I am admitted to practice in this Court.

Dated: July 13, 2026

Respectfully submitted,

/s/ Matthew A.S. Esworthy_____
Matthew A.S. Esworthy (Fed. Bar No. 27032)
esworthy@esglawmd.com
Dustin L.B. Koller (Fed. Bar No. 31674)
koller@esglawmd.com
ESWORTHY, STEVENS & GARNER
210 Allegheny Ave., Suite 500
Towson, Maryland 21204
Telephone:    (410) 321-0402
Facsimile:    (410) 321-0403
*Counsel for Defendant Eliezer Rappaport*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July 2026, copies of this Entry of Appearance was served *via* this Court's CM/ECF system on all counsel of record.

$\qquad$ */s/ Matthew A.S. Esworthy* $\qquad$

Matthew A.S. Esworthy