**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CAREFIRST OF MARYLAND | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 1:26-cv-2391-ABA |
| Avraham Rappaport, et al. | * | |
| *Defendant.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE OF COUNSEL

Please enter the appearance of Andrew C. White and the law firm of Silverman Thompson

Slutkin & White, as counsel for Defendant Avraham Rappaport.

Dated: July 14, 2026                     Respectfully submitted,


                                        */s/ Andrew C. White*
                                        Andrew C. White (Bar No. 08821)
                                        Silverman Thompson Slutkin & White, LLC
                                        400 East Pratt Street, Suite 900
                                        Baltimore, Maryland, 21202
                                        (410)-385-2225
                                        (410)-547-2432 (facsimile)
                                        awhite@silvermanthompson.com

                                        *Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of July, 2026, a copy of the foregoing Entry of Appearance was served via the Court's CM/ECF system on all property registered parties and counsel.

/s/ Andrew C. White
Andrew C. White (Bar No. 08821)
