

**SILVERMAN THOMPSON**

Silverman Thompson Slutkin White

**ATTORNEYS AT LAW**

*A Limited Liability Company*
400 East Pratt Street
Suite 900
Baltimore, Maryland 21202
Telephone  410.385.2225
Facsimile  410.547.2432
**silvermanthompson.com**

*Baltimore | Towson | Washington, DC*

Writer's Direct Contact:

**(410) 385-9116**

July 14, 2026

**VIA CM/ECF**

The Honorable Adam Abelson
Judge, United States District Court
for the District of Maryland

> Re:    *CareFirst of Maryland, Inc. v. Rappaport, et al.,*
>         Civil No. ABA-26-02391

Dear Judge Abelson,

This firm represents defendant Avraham Rappaport in the above-referenced matter. Matthew Esworthy has entered his appearance on behalf of defendant Eliezer Rappaport.  Mr. Esworthy and I have conferred with plaintiff's counsel, who have graciously agreed to allow us until August 28, 2026 to file our responsive pleadings to the complaint.

Should the court require of us in the interim, please do not hesitate to contact us.

Sincerely,

William N. Sinclair

Cc:    All Counsel of Record

Washington
1750 K Street NW, Suite 810
Washington, DC 20006

Towson
1 W Pennsylvania Ave, #905
Towson, MD 21204