**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CAREFIRST MARYLAND, INC,<br>    *Plaintiff*,<br><br>    v.<br><br>AVRAHAM RAPPAPORT, *et al.*,<br>    *Defendants*. | Case No. 26-cv-2391-ABA |

**ORDER**

Upon consideration of Defendants' unopposed request for an extension (ECF No. 12), the Court ORDERS that the request is GRANTED. Defendants' deadline to respond to the complaint is extended to August 28, 2026.


Dated:  July 15, 2026

                                   */s/*
                          Adam B. Abelson
                          United States District Judge