**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CAREFIRST OF MARYLAND | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 1:26-cv-2391-ABA |
| Avraham Rappaport, et al. | * | |
| *Defendant.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE OF COUNSEL

Please enter the appearance of Mark Edelson and the law firm of Silverman Thompson

Slutkin & White, as counsel for Defendant Avraham Rappaport.

Dated: July 22, 2026          Respectfully submitted,

        */s/ Mark Edelson*
        Mark Edelson (Bar No. 29433)
        Silverman Thompson Slutkin & White, LLC
        400 East Pratt Street, Suite 900
        Baltimore, Maryland, 21202
        (410)-385-2225
        (410)-547-2432 (facsimile)
        medelson@silvermanthompson.com

        *Attorney for Defendant*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of July, 2026, a copy of the foregoing Entry of Appearance was served via the Court's CM/ECF system on all property registered parties and counsel.


                                                       */s/ Mark Edelson*
                                                    Mark Edelson (Bar No. 29433)