**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **CAREFIRST OF MARYLAND, INC.,** | * | |
| ***Plaintiff,*** | * | |
| **v.** | * | **Civil No.: ABA-26-2391** |
| **AVRAHAM RAPPAPORT, *et al.*** | * | |
| ***Defendants*.** | * | |

* * * * * * * * * * * * *

## ENTRY OF APPEARANCE

Please enter the appearance of Gregory P. Bailey, as counsel on behalf of Defendant, Avraham Rappaport, in the above-captioned matter.

Dated: August 28, 2026

Respectfully submitted,

*/s/ Gregory P. Bailey*

Gregory P. Bailey (Bar No. 23006)
SILVERMAN, THOMPSON, SLUTKIN & WHITE
400 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 385-2225
(410) 547-2432 (F)
gbailey@silvermanthompson.com

*Counsel for Defendant for Avraham Rappaport*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of August, 2026, a true and correct copy of the foregoing Entry of Appearance was served via the Court's CM/ECF system upon all properly registered parties and counsel.

*/s/ Gregory P. Bailey*
Gregory P. Bailey (Bar # 23006)