**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **CAREFIRST OF MARYLAND, INC.,** | * | |
| ***Plaintiff,*** | * | |
| **v.** | * | **Civil No.: ABA-26-2391** |
| **AVRAHAM RAPPAPORT, *et al.*** | * | |
| ***Defendants*.** | * | |

* * * * * * * * * * * * *

**<u>DEFENDANT AVRAHAM RAPPAPORT'S MOTION TO DISMISS COMPLAINT</u>**

Defendant Avraham Rappaport, by and through his attorneys, respectfully moves this Court to dismiss with prejudice the Complaint filed by Plaintiff CareFirst of Maryland, Inc. on June 15, 2026 on the grounds that each claim is barred by the applicable statute of limitations and, Plaintiff, therefore failed to state a claim upon which relief may be granted.[1] The grounds and authorities for this Motion are provided in the Memorandum of Law filed simultaneously with this motion.

Wherefore, based on the foregoing and the separately filed Memorandum, Defendant Avraham Rappaport respectfully moves this Court to dismiss with prejudice Plaintiff's Complaint, and for such other relief as this Court deems necessary and appropriate.

/ / /

/ / /

/ / /

---

[1] This Motion is timely filed based upon the Court's Order extending the time to file a responsive pleading until August 28, 2026. (Doc. 13).

Dated: August 28, 2026

Respectfully submitted,

*/s/ William Sinclair*

Andrew C. White (# 08821)
awhite@silvermanthompson.com
Mark Edelson (# 29433)
medelson@silvermanthompson.com
William Sinclair (# 28833)
bsinclair@silvermanthompson.com
Gregory P. Bailey (# 23006)
gbailey@silvermanthompson.com
SILVERMAN THOMPSON SLUTKIN & WHITE, LLC
400 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Phone: (410) 385-2225

*Attorneys for Avraham Rappaport*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of August, 2026, I filed the foregoing Motion to Dismiss using CM/ECF which will notify all counsel of record.

*/s/ Gregory P. Bailey*
Gregory P. Bailey