**CareFirst BlueCross BlueShield**
1501 S Clinton Street
Baltimore, MD 21224
**carefirst.com**

July 1, 2022

Sent by Certified Mail

Parent or Guardian of [redacted]
3525 Taney Road
Baltimore, MD 21215

Re: Member Number: 918458652

Dear Parent or Guardian of [redacted],

Due to the high volume of out of state provider claims, CareFirst BlueCross BlueShield (CareFirst) is conducting an investigation of your eligibility requirements for coverage provided under our Maryland Individual Health Insurance plans. The objective of this inquiry is to ensure that our Members understand and follow CareFirst's eligibility requirements in accordance with applicable laws and regulations.

As you are aware, pursuant to the terms of your Application and your Agreement with CareFirst, you must reside in the State of Maryland to be covered by CareFirst. We are requesting additional proof of Maryland residency as Maryland residency is a requirement for eligibility under the terms of your Agreement. Accordingly, please provide two (2) additional documents from the list below **within 14 calendar days of the date of this letter**.

1. Maryland Utility Bill issued in the last 60 days (gas, electric, phone, cable, fuel, or water)
2. Maryland Driver's License with Address (if issued in the past 6 months)
3. Government ID Card with Maryland Address
4. Postmarked Letter from a Government Organization mailed to Maryland Address (issued in the last 60 days)

Please return your documents in the enclosed self-addressed, postage paid envelope.

**Failure to respond to this request or provide complete and sufficient documentation by the due date may result in termination of your coverage and non-payment of your claims.**

If you have any questions concerning this request, you may contact me directly at 410-528-7177 or via email at david.waltemeyer@carefirst.com.

Thank you in advance for your cooperation.

Sincerely,

David D. Waltemeyer

David D. Waltemeyer, CFE
Sr. Investigator
Compliance and Ethics Office

cc: Regular Mail

CareFirst BlueCross BlueShield is the shared business name of CareFirst of Maryland, Inc. and Group Hospitalization and Medical Services, Inc. which are independent licensees of the Blue Cross and Blue Shield Association. The Blue Cross® and Blue Shield® and the Cross and Shield Symbols are registered service marks of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans.

EXHIBIT
B