Stein Mitchell
Beato & Missner LLP

MEGAN A. BENEVENTO
mbenevento@steinmitchell.com | Direct 202.601.1602

2000 K Street, NW Suite 600
Washington, DC 20006

P 202.737.7777
F 202.296.8312

www.steinmitchell.com

August 31, 2026

**VIA ECF**

Hon. Adam Abelson
Judge, United States District Court
for the District of Maryland

Re: *CareFirst of Maryland, Inc. v. Rappaport, et al.*,
Case No. 1:26-cv-02391-ABA

Dear Judge Abelson:

We represent Plaintiff CareFirst of Maryland, Inc. in the above-captioned matter. We previously consented to, and the Court granted, Defendants' request for an extension of time to respond to the Complaint to August 28, 2026. Defendants filed motions to dismiss the Complaint on that date (*see* ECF Nos. 16, 19).

Plaintiff respectfully requests a ten-day extension of time to respond to those motions, either through opposition or through an amendment to the Complaint pursuant to Rule 15(a)(1)(B), to September 28, 2026. Counsel for Defendants have graciously consented to this request.

Respectfully Submitted,

*/s/ Megan A. Benevento*
Megan A. Benevento
Stein Mitchell Beato & Missner LLP
T: 202.601.1602
mbenevento@steinmitchell.com

*Attorney for CareFirst of Maryland, Inc.*