**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CAREFIRST MARYLAND, INC,
*Plaintiff*,

v.

AVRAHAM RAPPAPORT, *et al.*,
*Defendants*.

Case No. 26-cv-2391-ABA

**ORDER**

Upon consideration of Defendants' unopposed request for an extension (ECF No. 20), the Court ORDERS that the request is GRANTED. Defendants' deadline to respond to the motions to dismiss is extended to September 28, 2026.

Counsel is further advised that future requests for extension must take the form of motions and include a proposed order. *See* D. Md. R. 105.1; 105.9.

Dated: September 2, 2026

*/s/*
Adam B. Abelson
United States District Judge