**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CAREFIRST OF MARYLAND, INC. | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 1:26-cv-2391-ABA |
| AVRAHAM RAPPAPORT, et al. | * | |
| *Defendants*. | * | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Robert B. Gilmore as counsel for Plaintiff CareFirst of Maryland, Inc. I certify that I am admitted to practice in this Court.

Date: September 29, 2026

Respectfully submitted,

/s/ Robert B. Gilmore

Robert B. Gilmore (Bar No. 32516)
STEIN MITCHELL BEATO
& MISSNER LLP
2000 K St. NW, Ste. 600
Washington, DC 20006
(202) 737-7777
(202) 296-8312 (facsimile)
rgilmore@steinmitchell.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served electronically using the Court's CM/ECF system upon all counsel of record on September 29, 2026.

/s/ Robert B. Gilmore
Robert B. Gilmore (Bar No. 32516)