SILVERMAN THOMPSON
Silverman Thompson Slutkin White
ATTORNEYS AT LAW

*A Limited Liability Company*
400 East Pratt Street
Suite 900
Baltimore, Maryland 21202
Telephone 410.385.2225
Facsimile 410.547.2432
**silvermanthompson.com**

Writer's Direct Contact:
Gregory P. Bailey, Esquire
gbailey@silvermanthompson.com
443-909-7498

October 5, 2026

**VIA CM/ECF**

The Honorable Adam Abelson
Judge, United States District Court
for the District of Maryland

Re: *CareFirst of Maryland, Inc. v. Rappaport, et al.*,
Civil Number ABA-26-2391

Dear Judge Abelson,

This firm represents defendant Avraham Rappaport in the above-referenced matter. Matthew Esworthy represents defendant Eliezer Rappaport. Mr. Esworthy and I have conferred with plaintiff's counsel, who have graciously consented to allow us until October 26, 2026 to file our responsive pleadings to the amended complaint filed on September 28, 2026.

Should the Court require of us in the interim, please do not hesitate to contact us.

Sincerely,

Gregory P. Bailey

CC: All Counsel of Record