**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

**CareFirst of Maryland, Inc.**
**Plaintiff(s)**

**vs.** **Case No: 26-cv-2391-ABA**

**Avraham Rappaport, et al.**
**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Mike Lievano, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action and Amended Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on October 5, 2026 at 2:00 PM, I served The Orthodox Congregation of Silver Spring, Inc., c/o Eliya Kranz, Resident Agent at 1401 Arcola Avenue, Silver Spring, Maryland 20902-2806 with the Summons in a Civil Action and Amended Complaint by serving Eliya Kranz, Resident Agent, authorized to accept service.

Eliya Kranz is described herein as:

Gender: Female, Race: White, Age: 65+, Weight: 120 lbs-140 lbs, Height: 5'-5' 3", Hair: Gray, Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on: 10/6/2026

/s/ Mike Lievano

Signature
Server Name: Mike Lievano

Client Ref Number: 3115
Job #: 2098907