**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

**CareFirst of Maryland, Inc.**
**Plaintiff(s)**

**vs.** **Case No: 1:26-cv-02391-ABA**

**Avraham Rappaport, et al.**
**Defendant(s)**

**DECLARATION OF SERVICE**

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

I, Marcus Bazemore, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons and Amended Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/05/2026 at 07:04 PM, I personally served Fran Kasten with the Summons and Amended Complaint at 3915 Bancroft Road, Baltimore, Maryland 21215-2705.

Fran Kasten is described herein as:

Gender: Female, Race: White, Age: 65+, Weight: 140 lbs-160 lbs, Height: 5' 3"-5' 6", Hair: Covered, Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on: 10/7/2026

/s/ Marcus Bazemore

Signature
Server Name: Marcus Bazemore

*Client Ref Number: 3115*
*Job #: 2098436*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

CareFirst of Maryland, Inc.

*Plaintiff(s)*

v.

Avraham Rappaport, et al.

*Defendant(s)*

Civil Action No. 26-cv-2391

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Fran Kasten
3915 Bancroft Rd
Baltimore, MD 21215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert B. Gilmore
William D. Sinnott
STEIN MITCHELL BEATO & MISSNER LLP
2000 K Street NW, Suite 600
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*




Date: 10/01/2026

*Signature of Clerk or Deputy Clerk*