**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

**Carefirst of Maryland, Inc.**
**Plaintiff(s)**

**vs.** **Case No: 1:26-cv-02391-ABA**

**Avraham Rappaport, et al.**
**Defendant(s)**

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C.ß 1746, I hereby declare as follows:

I, Allen Ellison, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons and Amended Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/07/2026 at 6:00 PM, I personally served Aaron Pinchos Rabinowitz with the Summons and Amended Complaint at 6202 Biltmore Avenue, Baltimore, Maryland 21215.

Aaron Pinchos Rabinowitz is described herein as:

Gender: Male, Race: White, Age: 65+, Weight: 260 lbs-280 lbs, Height: 5' 9"-6', Hair: Gray, Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on: 10/12/2026

/s/ Allen Ellison

Signature
Server Name: Allen Ellison

*Client Ref Number: 3115*
*Job #: 2098298*

Exhibit 1a)


10/7/2026 6:0 pm EDT
6202 Biltmore Ave, Baltimore, MD 21215-3604
39.3570917, -76.6939518

Exhibit 1b)


10/7/2026 6:0 pm EDT
6202 Biltmore Ave, Baltimore, MD 21215-3604
39.3570917, -76.6939518
6202