**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

---

**CareFirst of Maryland, Inc.**
**Plaintiff(s)**

**vs.** **Case No: 26-cv-2391-ABA**

**Avraham Rappaport, et al.**
**Defendant(s)**

---

**DECLARATION OF SERVICE**

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

I, John Auriemma, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons, Amended Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/09/2026 at 11:12 AM, I personally served Chaim Millman with the Summons, Amended Complaint at 10 Lancaster Way, Jackson, New Jersey 08527-1256.

Chaim Millman is described herein as:

Gender: Male, Race: White, Age: 35-44, Weight: 220 lbs-240 lbs, Height: 5' 9"-6', Hair: Black, Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on: 10/12/2026

/s/ John Auriemma

Signature
Server Name: John Auriemma

*Client Ref Number: 3115*
*Job #: 2098403*

Exhibit 1a)


10/9/2026 11:12 am EDT
10 Lancaster Way, Jackson, NJ 08527-1256
40.1371910, -74.2827948