**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

---

**CareFirst of Maryland, Inc.**
**Plaintiff(s)**

**vs.** **Case No: 26-cv-2391-ABA**

**Avraham Rappaport, et al.**
**Defendant(s)**

---

## AFFIDAVIT OF SERVICE

I, Andres Olaciregui, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen (18) years, doing business at 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770, and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons and Amended Complaint in the above entitled case.

That on October 12, 2026 at 2:43 PM, I personally served Eliya Kranz with the Summons and Amended Complaint at 1401 Arcola Avenue, Silver Spring, Maryland 20902-2806.

Eliya Kranz is described herein as:

Gender: Female, Race: White, Age: 55-64, Weight: 120 lbs-140 lbs, Height: 5'-5' 3", Hair: Gray, Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on: 10/13/2026

/s/ Andres Olaciregui

Signature
Server Name: Andres Olaciregui

*Client Ref Number: 3115*
*Job #: 2098434*

Exhibit 1a)


10/12/2026 2:43 pm EDT
1401 Arcola Ave, Silver Spring, MD 20902-2806
39.0446802, -77.0306715
1401

Exhibit 1b)


10/12/2026 2:43 pm EDT
1401 Arcola Ave, Silver Spring, MD 20902-2806
39.0446802, -77.0306715