**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CareFirst of Maryland, Inc. | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. 1:26-CV-02391-AVA |
| Rappaport, et al. | * | |
| **Defendant.** | * | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, Ronan Alan Geronimo, hereby enters his appearance as counsel for Defendants, Baltimore Bikur Cholim, Inc. and Aaron Pinchos Rabinowitz. in the above captioned matter.

Respectfully submitted,

/s/ Ronan A. Geronimo
Ronan A. Geronimo # 19078
O'Hagan Meyer, PLLC
8115 Maple Lawn Boulevard, Suite 350
Fulton, Maryland 20759
Tel: (301) 279-0780
rgeronimo@ohaganmeyer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, a copy of the foregoing Notice of Appearance was filed electronically and was served upon counsel for the parties by operation of the court's electronic filing system.

/s/ Ronan A. Geronimo
Ronan A. Geronimo