**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

---

**CareFirst of Maryland, Inc.**
**Plaintiff(s)**

**vs.** **Case No: 26-cv-2391-ABA**

**Avraham Rappaport, et al.**
**Defendant(s)**

---

**AFFIDAVIT OF SERVICE**

I, John Auriemma, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen (18) years, doing business at 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770, and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons in a Civil Action, and Amended Complaint in the above entitled case.

That on October 14, 2026 at 11:55 AM, I personally served Jeremy Langner with the Summons in a Civil Action, and Amended Complaint at 124D Azalea Court, Lakewood, New Jersey 08701-2481.

Jeremy Langner is described herein as:

Gender: Male, Race: White, Age: 55-64, Weight: 240 lbs-260 lbs, Height: 5' 9"-6', Hair: Brown, Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on: 10/15/2026

/s/ John Auriemma

Signature
Server Name: John Auriemma

*Client Ref Number: 3115*
*Job #: 2162015*

Exhibit 1a)


10/14/2026 11:55 am EDT
124D Azalea Ct, Lakewood, NJ 08701-2481
40.0981456, -74.2409864