**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CAREFIRST OF MARYLAND, INC., *

**Plaintiff,** *

**v.** * **Case No.** 1:26-cv-02391-ABA

Avraham Rappaport et. al. *

**Defendant.** *

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Defendant Michael Snider and Defendant CONGREGATION KAHAL CHASSIDIM, INC.,

I certify that I am admitted to practice in this Court.

10/15/2026
Date

/s/Elimelech Baruch
Signature

Elimelech Baruch (Bar # 31855)
Printed name and bar number

400 E. Pratt Street, Suite 903, Baltimore, MD 21202
Address

ebaruch@casperfirm.com
Email address

(410) 989-5097
Telephone number

(410) 630-7776
Fax number