**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

---

**CareFirst of Maryland, Inc.**
**Plaintiff(s)**

**vs.** **Case No: 1:26-cv-02391-ABA**

**Avraham Rappaport, et al.**
**Defendant(s)**

---

## AFFIDAVIT OF SERVICE

I, Allen Ellison, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons, Amended Complaint in the above entitled case.

That on October 13, 2026 at 10:07 AM, I served Noam Millrod at 3001 W Strathmore Ave, Baltimore, Maryland 21209-3812 with the Summons, Amended Complaint by serving Rivka Millrod, wife, a person of suitable age and discretion, who stated that he/she resides therein with Noam Millrod.

Rivka Millrod is described herein as:

Gender: Female, Ethnicity: White, Age: 35-44, Weight: 200 lbs to 220 lbs, Height: 5' 6" to 5' 9", Hair: Brown, Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on: 10/15/2026

/s/ *Allen Ellison*

Signature
Server Name: Allen Ellison

*Client Ref Number: 3115*
*Job #: 2162009*

Exhibit 1a)


10/13/2026 10:7 am EDT
3001 W Strathmore Ave, Baltimore, MD 21209-3812
39.3645455, -76.6887555
3001