**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CAREFIRST OF MARYLAND, INC. *

**Plaintiff,** *

**v.** * **Case No.** 26-cv-2391-ABA

AVRAHAM RAPPAPORT et. al. *

**Defendant.** *

**DISCLOSURE OF CORPORATE INTEREST**

**Check all that apply:**

☐ I certify, as party/counsel in this case that ______________________
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

▣ The following corporate affiliations exist with CONGREGATION KAHAL CHASSIDIM, INC.:
(name of party)

None.
(names of affiliates)

▣ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

CHURCH MUTUAL INSURANCE COMPANY, S.I.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

________________________________ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

10/15/2026
Date

/s/ Ari S. Casper
Signature

Ari S. Casper (Bar # 14512)
Printed name and bar number

400 E. Pratt Street, Suite 903, Baltimore, MD 21202
Address

acasper@casperfirm.com
Email address

(410) 989-5097
Telephone number

(410) 630-7776
Fax number