**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

**CareFirst of Maryland, Inc.**
**Plaintiff(s)**

**vs.** **Case No: 26-cv-2391-ABA**

**Avraham Rappaport, et al.**
**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Marcus Bazemore, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons in a Civil Action and Amended Complaint in the above entitled case.

That on October 15, 2026 at 9:10 PM, I served Menachem Baron at 6131 Llanfair Drive, Columbia, Maryland 21044-3828 with the Summons in a Civil Action and Amended Complaint by serving Yohanna Carbajal, housemate of Menachem Baron, a person of suitable age and discretion, who stated that he/she resides therein with Menachem Baron.

Yohanna Carbajal is described herein as:

Gender: Female, Ethnicity: Hispanic or Latino, Age: 35-44, Weight: 120 lbs to 140 lbs, Height: 5' 3" to 5' 6", Hair: Brown, Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on: 10/19/2026

/s/ Marcus Bazemore

Signature
Server Name: Marcus Bazemore

*Client Ref Number: 3115*
*Job #: 2098541*

Exhibit 1a)


10/15/2026 9:10 pm EDT
6131 Llanfair Drive, Columbia, MD 21044-3828
39.2055577, -76.8733683
6131
PRIVATE
PROPERTY
October 15, 2026 9:03 PM

Exhibit 1b)


10/15/2026 9:10 pm EDT
6131 Llanfair Drive, Columbia, MD 21044-3828
39.2055577, -76.8733683
KIA
4GY0274
October 15, 2026 9:10 PM