**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

---

**CareFirst of Maryland, Inc.**
**Plaintiff(s)**

**vs.** **Case No: 26-cv-2391-ABA**

**Avraham Rappaport, et al.**
**Defendant(s)**

---

**AFFIDAVIT OF SERVICE**

I, Marcus Bazemore, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Amended Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on October 15, 2026 at 9:14 AM, I served Ner Israel Rabbinical College, Inc., c/o Jerome H. Kadden, Resident Agent at 400 Mount Wilson Lane, Pikesville, Maryland 21208-1108 with the Summons and Amended Complaint by serving Jerome Kadden, Executive Director, authorized to accept service.

Jerome Kadden is described herein as:

Gender: Male, Race: White, Age: 65+, Weight: 180 lbs-200 lbs, Height: 5' 9"-6', Hair: Gray, Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on: 10/19/2026

/s/ Marcus Bazemore

Signature
Server Name: Marcus Bazemore

Client Ref Number: 3115
Job #: 2098894