**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

**CareFirst of Maryland, Inc.**
**Plaintiff(s)**

**vs.** **Case No: 1:26-cv-02391-ABA**

**Avraham Rappaport, et al.**
**Defendant(s)**

# AFFIDAVIT OF SERVICE

I, Kathy Loureiro, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen (18) years, doing business at 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770, and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons and Amended Complaint in the above entitled case.

That on October 14, 2026 at 4:53 PM, I personally served Sora Kasten with the Summons and Amended Complaint at 2601 Woodland Park Drive, Apt. 5107, Houston, Texas 77077-6168.

Sora Kasten is described herein as:

Gender: Female, Race: White, Age: 25-34, Weight: 220 lbs-240 lbs, Height: 5' 6"-5' 9", Hair: Black, Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on: 10/20/2026

/s/ Kathy Loureiro

Signature
Server Name: Kathy Loureiro

*Client Ref Number: 3115*
*Job #: 2157818*

Exhibit 1a)


10/14/2026 4:53 pm CDT
2601 Woodland Park Dr, Apt 5107, Houston, TX 77077-6168
29.7360716, -95.5797982
5107