IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| | * | |
| | * | |
| CAREFIRST OF MARYLAND, INC., | * | |
| | * | |
| Plaintiff, | * | Civil No. 1:22-cv-03218-MJM |
| v. | * | |
| | * | |
| AVRAHAM RAPPAPORT, ET AL . | * | |
| | * | |
| Defendant, | * | |
| | * | |

**NOTICE OF APPEARANCE**

Morris E. Fischer, Esq., herein enters his appearance for Defendants Silver Spring Jewish Center, Inc, Yaakov Greiniman, Sandy Greiniman, and Eliya Kranz in this case.

By________/s/________________
Morris E. Fischer, Esq.
MD Bar No. 26286
Morris E. Fischer, LLC
11510 Georgia Ave
Suite 235
Silver Spring, MD, 20902
(301) 328-7631 phone
(301) 328-7638 fax