O'HAGAN MEYER
ATTORNEYS ▲ ADVISORS

Brian Stolarz
Direct: 703.775.8622
BStolarz@ohaganmeyer.com

October 22, 2026

**Via CM/ECF**

The Honorable Adam Abelson
Judge, United States District Court
For the District of Maryland

**Re:** *CareFirst of Maryland, Inc. v. Rappaport, et al.,*
Case No. 26-CV-2391 (ABA)

Dear Judge Abelson:

This firm represents Defendants Aaron Rabinowitz and Baltimore Bikur Cholim, Inc., in the above-referenced matter. I have conferred with plaintiff's counsel regarding the Defendants' response to the September 28, 2026 Amended Complaint in this matter. Plaintiff's counsel graciously consented to allow us until November 30, 2026 to file responsive pleadings for both Defendants to the Amended Complaint.

Thank you for your review of this correspondence.

Sincerely,

Brian Stolarz

CC: All Counsel of Record