IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| | * | |
| | * | |
| CAREFIRST OF MARYLAND, INC., | * | |
| | * | |
| Plaintiff, | * | Civil No. 26-cv-2391-ABA |
| v. | * | |
| | * | |
| AVRAHAM RAPPAPORT, ET A, et al | | |
| | * | |
| Defendant, | * | |
| | * | |

**ORDER**

Defendants Silver Spring Jewish Center, Inc, Yaakov Greiniman, Sandy Greiniman, and Eliya Kranz Moved for an Extension to Respond to Complaint until November 16, 2026. It is herein Ordered on this day of October 23, 2026, that Said Motion is GRANTED.

/s/
United States District Judge
Adam B. Abelson