**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **CAREFIRST OF MARYLAND, INC.,** | * | |
| ***Plaintiff,*** | * | |
| **v.** | * | **Civil No.: ABA-26-2391** |
| **AVRAHAM RAPPAPORT, *et al.*** | * | |
| ***Defendants*.** | * | |

* * * * * * * * * * * * *

**[PROPOSED] ORDER**

Upon consideration of the Motion to Dismiss (the "Motion") filed by Defendant Avraham Rappaport, any opposition filed thereto, and any argument of counsel, it is this _____ day of ____________________, 20_____, hereby:

**ORDERED** that Avraham Rappaport's Motion is **GRANTED**; and it is further

**ORDERED** that the Amended Complaint filed on September 28, 2026, (Doc. 22), is **DISMISSED** with **PREJUDICE**.

______________________________
Adam B. Abelson
United States District Judge