## Avraham Rappaport Case Summary

In late March 2022, a team at CareFirst began looking into the rise in care costs for the Individual <65 line of business with a particular focus on catastrophic claims. It was noted that the volume of $500,000 claims had increased significantly. The team reviewed the details of some of the claims and observed that many were out-of-state, which was peculiar for a line of business that requires the member to reside in the CareFirst service area. It was also noted that three members were infants at the same hospital in California (Lucille Salter Packard Children's Hospital at Stanford) and had amassed over $6M in claims in total. The Enrollment team reviewed eligibility and demographic data and noted that each of the members had the same broker (Avraham Rappaport). It was believed that the odds of three infants with Individual Maryland policies at the same California hospital with same rare diagnosis and the same broker seemed highly unusual. Data queries of all members and their claims for policies sold by Avraham Rappaport were extracted. It was apparent that a pattern was occurring as there were dozens of members receiving care exclusively out-of-area. An extensive review began in June 2022 and numerous members were placed into the burgeoning eligibility review process that requested proof of Maryland residency from suspected ineligible members. By November of 2022, the first policy was rescinded. Since that time, CareFirst has continued to review all members in the Individual <65 line of business; however, a large majority of members identified to date as ineligible have come from Avraham Rappaport.

Attached hereto as **Exhibit A** is a full list of all rescinded MHBE members where Avraham Rappaport was identified as the broker.

- To date, there are 155 members who were sold policies by Avraham Rappaport that have been rescinded. CareFirst paid out $14.1M in claims for these members and denied charges of $30M.

- Of the total ineligible members, several were foreign nationals who came to the US for significant surgeries.

- The detailed list highlights several addresses that were used more than once by unique members. The most overused address (3915 Bancroft Rd) was used by 20 unique MHBE members. The second most common address (6012 Wallis Ave.) was used by 11 unique MHBE members. There are others noted on the list with multiple members at the same address.

**Maryland Reinsurance Pool** –

- For Benefit Year 2021, the State of Maryland made $2,513,218 in reinsurance payments for ineligible MHBE members who identified Avraham Rappaport as their broker.

- For Benefit Year 2022, the State of Maryland made $32,701 in reinsurance payments for ineligible MHBE members who identified Avraham Rappaport as their broker.

EXHIBIT
A

- For Benefit Year 2022, $4,252,553 was not submitted to the State of Maryland reinsurance pool for ineligible MHBE members who identified Avraham Rappaport as their broker.

**MHBE Recissions**

There are 178 MHBE members that have been rescinded or in the rescission process (173 fully rescinded and 5 on track for rescission) with an original effective date of 8/1/2019 or later. Avraham Rappaport accounted for 155 rescinded members. To date, no other broker had more than 1 member rescinded:

| | |
|---|---:|
| Avraham Rappaport | 155 |
| John Cahan | 1 |
| Jun Song | 1 |
| Richard Cox | 1 |
| Noach Schwartz (Works in same office as AY Rappaport) | 1 |
| No Broker | 19 |
| Total | 178 |

Kim Rothman, HCP
Director | Executive Inquiry and Corporate Office of Civil Rights
CareFirst BlueCross BlueShield