**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | | |
|---|---|---|
| CAREFIRST OF MARYLAND, INC., | * | |
| Plaintiff, | * | Case No. 1:26-cv-02391-ABA |
| v. | * | |
| AVRAHAM RAPPAPORT, et al., | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

**DEFENDANTS NOAM MILLROD, REDSTAR REALTY GROUP LLC, 3960 DOLFIELD AVE LLC, 2611 BOONE ST LLC, AND 3813 BELLE AVE LLC'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

Defendants Noam Millrod, Redstar Realty Group LLC, 3960 Dolfield Ave LLC, 2611 Boone St LLC, and 3813 Belle Ave LLC (collectively, the "Millrod Defendants"), by undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules 105.1 and 105.9, move, with the consent of Plaintiff CareFirst of Maryland, Inc. ("CareFirst"), for an extension of time, through and including November 17, 2026, to answer or otherwise respond to the Amended Complaint (ECF No. 22). In support of this Motion, the Millrod Defendants state as follows:

1. CareFirst filed its Amended Complaint on September 28, 2026, naming the Millrod Defendants as parties for the first time. ECF No. 22.

2. CareFirst served 3813 Belle Ave LLC, 2611 Boone St LLC, and 3960 Dolfield Ave LLC on October 5, 2026, making their responses due October 26, 2026. ECF Nos. 34, 36, 38. CareFirst served Redstar Realty Group LLC on October 9, 2026, making its response due October

30, 2026. ECF No. 42. CareFirst served Mr. Millrod on October 13, 2026, making his response due November 3, 2026. ECF No. 50.

3. Undersigned counsel was recently retained and requires additional time to review the Amended Complaint, which spans forty-one pages and asserts claims against thirty-seven named defendants, and to prepare an appropriate response on behalf of the Millrod Defendants.

4. The requested extension will also give all five Millrod Defendants a single, common response deadline, which will promote efficiency for the parties and the Court.

5. Counsel for CareFirst has consented to the relief requested in this Motion.

6. This is the Millrod Defendants' first request for an extension of time. The requested extension is not sought for purposes of delay, will not prejudice any party, and will not affect any other deadline in this case, as no scheduling order has been entered.

WHEREFORE, the Millrod Defendants respectfully request that the Court grant this Motion and enter the attached proposed Order extending the time for the Millrod Defendants to answer or otherwise respond to the Amended Complaint through and including November 17, 2026.

Date: October 26, 2026 Respectfully submitted,

**WRIGHT, CONSTABLE & SKEEN, L.L.P.**

*/s/ Mordechai Fakheri*
Mordechai Fakheri (Bar No. 31927)
Louis J. Kozlakowski (Bar No. 02372)
WRIGHT, CONSTABLE & SKEEN, L.L.P.
One Olympic Place, 8th Floor
Towson, Maryland 21204
Tel: (410) 659-1311
mfakheri@wcslaw.com
lkozlakowski@wcslaw.com

*Counsel for Defendants Noam Millrod, Redstar Realty Group LLC, 3960 Dolfield Ave LLC, 2611 Boone St LLC, and 3813 Belle Ave LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of October, 2026, I filed the foregoing Consent Motion for Extension of Time, together with the proposed Order, using the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

*/s/ Mordechai Fakheri*
Mordechai Fakheri (Bar No. 31927)