**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | | |
|---|---|---|
| CAREFIRST OF MARYLAND, INC., | * | |
| | * | |
| Plaintiff, | * | Case No. 1:26-cv-02391-ABA |
| | * | |
| v. | * | |
| | * | |
| AVRAHAM RAPPAPORT, et al., | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

**ORDER**

Upon consideration of the Consent Motion for Extension of Time to Respond to the Amended Complaint (ECF No. 65) filed by Defendants Noam Millrod, Redstar Realty Group LLC, 3960 Dolfield Ave LLC, 2611 Boone St LLC, and 3813 Belle Ave LLC (collectively, the "Millrod Defendants"), and Plaintiff's consent thereto, it is this 27th day of October, 2026, hereby:

ORDERED, that the Motion (ECF No. 65) is GRANTED; and it is further

ORDERED, that the Millrod Defendants shall answer or otherwise respond to the Amended Complaint (ECF No. 22) on or before November 17, 2026.

In addition, the Amended Complaint supersedes the original Complaint, and Defendants Avraham Rappaport and Eliezer Rappaport have filed new motions to dismiss the Amended Complaint (ECF Nos. 62 and 64 respectively). Accordingly, it is hereby:

ORDERED that both motions to dismiss the original Complaint (ECF Nos. 16 and 19) are DENIED AS MOOT.

The motions to dismiss the Amended Complaint (ECF Nos. 62 and 64) remain pending.

/s/
Adam B. Abelson
United States District Judge