**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CAREFIRST OF MARYLAND, INC. *

Plaintiff *

v.

* Civil Action No.: 1:26-cv-02391-ABA

AVRAHAM RAPPAPORT, et al.,

*

Defendants

* * * * * * * * * * * * *

**CONSENT MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**

Defendants Michael Snider and Congregation Kahal Chassidim, Inc. ("defendants"), by and through their undersigned counsel, move pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 105.9, for an extension through November 27, 2026, to answer, move to dismiss, or otherwise respond to the Amended Complaint.

1. This is a complex RICO complaint brought by plaintiff against dozens of defendants alleging a racketeering enterprise engaged in numerous fraudulent actions years ago.

2. Defense counsel was recently retained and needs time to review the allegations, relevant documents, and investigate the matter.

3. Plaintiff, through counsel, consents to this extension.

4. A brief extension will not prejudice any party to the litigation.

WHEREFORE, for the reasons set forth herein, defendants respectfully request that the Court extend defendants' time to respond to the Amended Complaint until November 27, 2026.

A proposed order is attached.

Respectfully submitted,

*/s/ Ari S. Casper*

Ari S. Casper (Bar #14512)
Elimelech Baruch (Bar #31855)
The Casper Law Firm
400 E Pratt Street, Suite 903
Baltimore, Maryland 21202
P: (410) 898-5097
acasper@casperfirm.com
ebaruch@casperfirm.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of October, 2026, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and electronic notification of such filing is sent to all CM/ECF participants and counsel of record.

*/s/ Ari S. Casper*
Ari S. Casper