**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CAREFIRST OF MARYLAND, INC. *

Plaintiff *

v. * Civil Action No.: 1:26-cv-02391-ABA
AVRAHAM RAPPAPORT, et al.,
*
Defendants

* * * * * * * * * * * * *

# ORDER

Having considered the Consent Motion to Extend Time to Respond to Amended Complaint filed by defendants Michael Snider and Congregation Kahal Chassidim, Inc., the motion is hereby GRANTED as of this day, October 29, 2026. Defendants shall answer or otherwise respond to the Amended Complaint on or before November 27, 2026.

/s/
Adam B. Abelson
United States District Judge