IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| | * | |
| | * | |
| CAREFIRST OF MARYLAND, INC., | * | |
| | * | |
| Plaintiff, | * | Civil No. 26-cv-2391-ABA |
| v. | * | |
| | * | |
| AVRAHAM RAPPAPORT, ET AL, | | |
| | * | |
| Defendant, | * | |
| | * | |

**NOTICE OF APPEARANCE**

The clerk of this Honorable Court and all parties of record, please enter my appearance as counsel on behalf of Defendant Ner Israel Rabbinical College. I certify that I am admitted to practice in this Court.

Respectfully submitted,

*/s/ Katrina M. Meyer*
Katrina M. Meyer
(I.D. No. 32567)
FAEGRE DRINKER
BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, DC 20005
P: (202) 230-5268
F: (202) 842-8465 fax
katrina.meyer@faegredrinker.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was served on all counsel of record via the Court's CM/ECF system.

*/s/ Katrina M. Meyer*
Katrina M. Meyer