IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CAREFIRST OF MARYLAND, INC., | * | |
| Plaintiff, | * | Civil No. 26-cv-2391-ABA |
| v. | * | |
| AVRAHAM RAPPAPORT, ET AL, | * | |
| Defendant, | * | |

**DEFENDANT NER ISREAL RABBINICAL COLLEGE MOTION FOR EXTENSION TO RESPOND TO COMPLAINT**

Defendants Ner Israel Rabbinical College, by and through undersigned counsel, respectfully submits this Consent Motion for Extension to Respond to the September 28, 2026 Amended Complaint in the above captioned matter. This motion is made with consent from Plaintiff's counsel to extend the response date to December 3, 2026. The reason for the adjournment request is that counsel was just recently retained and requires time to review the Complaint and the legal issues it raises.

By *_/s/ Katrina M. Meyer*
Katrina M. Meyer, Esq.
MD Bar No. 32567
Faegre Drinker Biddle
& Reath LLP
1500 K St. NW
Suite 1100
Washington, DC, 20005
(202) 230-5268 phone
(202) 842-8465 fax