IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CAREFIRST OF MARYLAND, INC., | * | |
| Plaintiff, | * | Civil No. 26-cv-2391-ABA |
| v. | * | |
| AVRAHAM RAPPAPORT, ET AL, | * | |
| Defendant, | * | |

**[PROPOSED] ORDER**

After review of Defendants Ner Israel Rabbinical College's Consent Motion for Extension to Respond to the September 28, 2026 Amended Complaint in the above captioned matter until December 3, 2026, it is this ____ day of _________, 2026, hereby ORDERED that this motion is GRANTED.

______________________________
Adam B. Abelson
United States District Judge