**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CareFirst of Maryland, Inc. *
**Plaintiff,**
*
**v.** **Case No.** 1:26-cv-02391
*
Rappaport, et al
**Defendant.** *

**MOTION FOR ADMISSION PRO HAC VICE**

I, Katrina M. Meyer, am a member in good standing of the bar of this Court. I am moving the admission of Avi Schick to appear pro hac vice in this case as counsel for Ner Israel Rabbinical College.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York (1995) | E.D. N.Y. (01/24/1996) |
| | S.D. N.Y. (01/23/1996) |
| | U.S. Supreme Court (11/09/2020) |
| | 2nd Cir. Ct. of App. (08/26/2013) |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or Avi Schick, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

10. The Movant has obtained approval from the Proposed Admittee to sign on their behalf.

MOVANT

*/s/ Katrina M. Meyer*
Signature

Katrina M. Meyer (32567)
Printed name and bar number

Faegre Drinker Biddle & Reath LLP
Office name

1500 K St. NW, Suite 1100, Washington, DC, 20005
Address

(202) 230-5268
Telephone number

(202) 842-8465
Fax Number

Katrina.Meyer@faegredrinker.com
Email Address

PROPOSED ADMITTEE

Signature

Avi Schick
Printed name

Faegre Drinker Biddle & Reath LLP
Office name

1177 Avenue of the Americas, 43rd Floor, New York, NY, 10036
Address

(212) 248-3140
Telephone number

(212) 248-3141
Fax Number

avi.schick@faegredrinker.com
Email Address