**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CAREFIRST OF MARYLAND, INC., | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | Case No. 1:26-cv-2391-ABA |
| | * | |
| AVRAHAM RAPPAPORT, et al., | * | |
| | * | |
| DEFENDANT. | * | |
| | * | |

*****************************************************************

**NOTICE OF APPEARANCE**

The clerk of this Honorable Court, please enter the appearance of Daniel Trujillo Esmeral, Esq. of O'Hagan Meyer, PLLC on behalf of Defendants Aaron Rabinowitz and Bikur Cholim.

Respectfully submitted,

/s/ Daniel Trujillo Esmeral

Daniel Trujillo Esmeral (Bar No. 21615)
O'Hagan Meyer, PLLC
225 Reinekers Lane, Suite 300
Alexandria, VA 22314
Phone: (703) 775-8621
Email:dtrujillo@ohaganmeyer.com

*Attorney for Defendants Aaron Rabinowitz and Bikur Cholim*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this November 2, 2026, a copy of the foregoing Notice of Appearance was served on all counsel of record via the Court's CM/ECF system.

*/s/ Daniel Trujillo Esmeral*
Daniel Trujillo Esmeral