**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

**CareFirst of Maryland, Inc.**
**Plaintiff(s)**

**vs.** **Case No: 1:26-cv-02391-ABA**

**Avraham Rappaport, et al.**
**Defendant(s)**

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

I, Marcus Bazemore, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action and Amended Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/29/2026 at 02:45 PM, I served Premier Financial, LLC, c/o Yaniv Natanov, Resident Agent at 6395 Dobbin Road, Suite 102, Columbia, Maryland 21045-4729 with the Summons in a Civil Action and Amended Complaint by serving Yaniv Natanov, Resident Agent, authorized to accept service.

Yaniv Natanov is described herein as:

Gender: Male, Race: White, Age: 55-64, Weight: 160 lbs-180 lbs, Height: 5' 6"-5' 9", Hair: Gray, Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on: 11/2/2026

/s/ Marcus Bazemore
Signature
Server Name: Marcus Bazemore

*Client Ref Number: 3115*
*Job #: 2210133*

Exhibit 1a)


10/29/2026 2:45 pm EDT
6395 Dobbin Road, Suite 102, Columbia, MD 21045-4729
39.1967345, -76.8183012
6395 DOBBIN ROAD
October 29, 2026 2:44 PM
NO SMOKING

Exhibit 1b)


10/29/2026 2:45 pm EDT
6395 Dobbin Road, Suite 102, Columbia, MD 21045-4729
39.1967345, -76.8183012
First Columbia Building
100 M&T BANK
DOBBIN ROAD BRANCH OFFICE
102 NIV ADVISORS
103 CORNERSTONE STAFFING SOLUTIONS
204 BELLE BEAUTY CARE
208 COLUMBIA CENTER FOR IMPLANTS AND PERIOD
S. Jose, DDS, MDS K. Torres, DMD, MS
B. Peltzman, DDS
210 THOMAS E. ENGLAND, DMD, PA
MANAGEMENT BY PLATT & COMPANY 410-825-0000
October 29, 2026 2:45 PM

Exhibit 1c)


10/29/2026 2:45 pm EDT
6395 Dobbin Road, Suite 102, Columbia, MD 21045-4729
39.1967345, -76.8183012
102
NIV ADVISORS
NIV ADVISORS
October 29, 2026 2:45 PM