**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **CAREFIRST OF MARYLAND, INC.,** | * | |
| | * | |
| *Plaintiff*, | * | |
| | * | |
| v. | * | **Case No. 26-cv-2391-ABA** |
| | * | |
| **AVRAHAM RAPPAPORT et al.,** | * | |
| | * | |
| *Defendants*. | * | |
| | * | |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff CareFirst of Maryland, Inc., by and through its undersigned attorneys, hereby moves, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 105.9, to extend Plaintiff's time to respond to the motions to dismiss filed by Defendants Avraham and Eliezer Rappaport (ECF Nos. 62 and 64), respectively, to December 2, 2026.

Plaintiff is still in the process of serving multiple new defendants in this complex RICO action such that this extension will not unduly delay the progression of the case nor prejudice any party.

Defendants Avraham and Eliezer Rapport, respectively through counsel, consent to this extension so long as they receive a reciprocal extension of time to file their reply briefs up to and including December 23, 2026.

WHEREFORE, for the reasons set forth herein, Plaintiff respectfully requests that the Court:

1. Extend Plaintiff's deadline to respond to Defendants Avraham and Eliezer Rapport's motions to dismiss (ECF Nos. 62 and 64) to December 2, 2026.

2. Extend Defendants Avraham and Eliezer Rapport's deadline to file reply briefs in support of their motions to dismiss to December 23, 2026.

Dated: November 3, 2026

Respectfully submitted,

**STEIN MITCHELL BEATO & MISSNER LLP**

*/s/ Robert B. Gilmore*
Robert B. Gilmore (Bar No. 32516)
Philip J. O'Beirne (Bar No. 32530)
Kevin L. Attridge (Bar No. 32517)
Megan A. Benevento (Bar No. 19883)
William D. Sinnott (Bar No. 32533)
STEIN MITCHELL BEATO & MISSNER LLP
2000 K Street, N.W., Ste. 600
Washington, D.C. 20006
Tel: 202-737-7777
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
kattridge@steinmitchell.com
mbenevento@steinmitchell.com
wsinnott@steinmitchell.com

*Counsel for Plaintiff CareFirst of Maryland, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney of record certifies that on November 3, 2026, a true and correct copy of the foregoing document was filed electronically with the Court's CM/ECF system, and will accordingly be served electronically via the Court's ECF Notice system upon all registered parties and counsel of record.

*/s/ Robert B. Gilmore*
Robert B. Gilmore (Bar No. 32516)