**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CAREFIRST OF MARYLAND, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-CV-02391 (ABA) |
| | ) | |
| | ) | |
| AVRAHAM RAPPAPORT, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE A RESPONSIVE PLEADING**

COMES NOW, Defendants Aaron Rabinowitz and Baltimore Bikur Cholim, Inc., and files this Motion for Extension of Time to File a Responsive Pleading, and states the following in support.

1. On September 28, 2026, Plaintiff filed an Amended Complaint against Defendants in this case.

2. Undersigned counsel's law firm was recently engaged to represent the Defendants in this case, and finalized staffing for the case. Counsel spoke with Plaintiff's counsel regarding an extension of time to respond to the Amended Complaint. Plaintiff's counsel courteously agreed to November 30, 2026 as the date for responsive pleadings to be filed by Defendants.

3. A letter request was filed on October 22, 2026, *see* ECF No. 57, but has not been acted upon, therefore in an abundance of caution a consent motion is being filed.

4. Good cause exists for the request. Counsel's firm has recently been engaged and additional time is required to review the Amended Complaint and to prepare a responsive pleading.

WHEREFORE, Defendants Aaron Rabinowitz and Baltimore Bikur Cholim, Inc., respectfully request that this Court enter an Order extending the deadlines to file a responsive pleading to Plaintiff's Complaint to November 30, 2026.

Dated: November 3, 2026

Respectfully Submitted,

*/s/ Brian W. Stolarz*
Brian W. Stolarz (AIS# 9812170182)
O'Hagan Meyer, PLLC
225 Reinekers Lane, Suite 300
Alexandria, VA 22314
T: (703) 775-8622
F: (804) 403-7110
bstolarz@ohaganmeyer.com

*Attorney for Defendants Aaron Rabinowitz and Baltimore Bikur Cholim, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was filed and served by the Court's electronic filing system on November 3, 2026.

*/s/ Brian W. Stolarz*
Brian W. Stolarz