**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CAREFIRST OF MARYLAND, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-CV-02391 (ABA) |
| | ) | |
| | ) | |
| AVRAHAM RAPPAPORT, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the consent motions for extension of time, ECF Nos. 78 & 79, and for good cause shown, it is hereby ORDERED that:

The motions (ECF Nos. 78 & 79) are GRANTED;

The deadline for CareFirst of Maryland, Inc. to respond to the motions to dismiss filed by Avraham Rappaport and Eliezer Rappaport (ECF Nos. 62 & 64) is extended to December 2, 2026;

The deadline for Avraham Rappaport and Eliezer Rappaport to file any replies in support of their motions to dismiss is extended to December 23, 2026; and

The deadline for Aaron Rabinowitz and Baltimore Bikur Cholim, Inc. to answer or otherwise respond to the amended complaint is extended to November 30, 2026.

Dated November 6, 2026

/s/
Adam B. Abelson
United States District Judge