**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

**CAREFIRST OF MARYLAND, INC.,**

*Plaintiff*,

v.

**AVRAHAM RAPPAPORT, *et al.***

*Defendants*.

**Case No.: 26-cv-2391-ABA**

**NOTICE OF VOLUNTARY DISMISSAL OF THE MILLROD DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff CareFirst of Maryland, Inc. ("CareFirst") hereby gives notice of the dismissal, without prejudice, of Defendants Noam Millrod, Redstar Realty Group LLC, 3960 Dolfield Ave LLC, 2611 Boone St LLC, and 3813 Belle Ave LLC (the "Millrod Defendants") as to all causes of action brought against them in the Amended Complaint (ECF No. 22). This Notice does not apply to any other Defendant named in the Amended Complaint.

Date: November 17, 2026

Respectfully submitted,

**STEIN MITCHELL BEATO & MISSNER LLP**

*/s/ Robert B. Gilmore*

Robert B. Gilmore (Bar No. 32516)
Philip J. O'Beirne (Bar No. 32530)
Kevin L. Attridge (Bar No. 32517)
Megan A. Benevento (Bar No. 19883)
William D. Sinnott (Bar No. 32533)
STEIN MITCHELL BEATO & MISSNER LLP
2000 K Street, N.W., Ste. 600
Washington, D.C. 20006

Tel: 202-737-7777
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
kattridge@steinmitchell.com
mbenevento@steinmitchell.com
wsinnott@steinmitchell.com

*Counsel for Plaintiff CareFirst of Maryland, Inc.*