**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **CAREFIRST OF MARYLAND, INC.,** | * | |
| | * | |
| *Plaintiff*, | * | |
| | * | |
| v. | * | **Case No. 26-cv-2391-ABA** |
| | * | |
| **AVRAHAM RAPPAPORT et al.,** | * | |
| | * | |
| *Defendants*. | * | |
| | * | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff CareFirst of Maryland, Inc., by and through its undersigned attorneys, hereby moves, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 105.9, to extend Plaintiff's time to respond to the motions to dismiss filed by Defendants Sandy Greiniman (ECF No. 86), Yaakov Greiniman (ECF No. 87), Eliya Kranz (ECF No. 88), and Silver Spring Jewish Center, Inc. (ECF No. 89) to December 4, 2026.

Plaintiff is still in the process of serving multiple new defendants in this complex RICO action such that this extension will not unduly delay the progression of the case nor prejudice any party. Plaintiff's current deadline to respond to the above-mentioned motions to dismiss is November 30, 2026, by operation of Local Rule 504.1 and Federal Rule of Civil Procedure 6(a)(3).

Defendants, respectively through shared counsel, consent to this extension.

WHEREFORE, for the reasons set forth herein, Plaintiff respectfully requests that the Court extend Plaintiff's deadline to respond to the motions to dismiss filed by Defendants Sandy Greiniman, Yaakov Greiniman, Eliya Kranz, and Silver Spring Jewish Center, Inc. (ECF Nos. 86-89) to December 4, 2026.

Dated: November 20, 2026

Respectfully submitted,

**STEIN MITCHELL BEATO & MISSNER LLP**

*/s/ Robert B. Gilmore*
Robert B. Gilmore (Bar No. 32516)
Philip J. O'Beirne (Bar No. 32530)
Kevin L. Attridge (Bar No. 32517)
Megan A. Benevento (Bar No. 19883)
William D. Sinnott (Bar No. 32533)
STEIN MITCHELL BEATO & MISSNER LLP
2000 K Street, N.W., Ste. 600
Washington, D.C. 20006
Tel: 202-737-7777
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
kattridge@steinmitchell.com
mbenevento@steinmitchell.com
wsinnott@steinmitchell.com

*Counsel for Plaintiff CareFirst of Maryland, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney of record certifies that on November 20, 2026, a true and correct copy of the foregoing document was filed electronically with the Court's CM/ECF system, and will accordingly be served electronically via the Court's ECF Notice system upon all registered parties and counsel of record.

*/s/ Robert B. Gilmore*
Robert B. Gilmore (Bar No. 32516)